UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWNE FLETCHER, | ) | Case No. CV 13-6709 JSL(JC) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| C. TAMPKIN, Warden, | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: 10/24/13

_Spencer Letts_

_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE